United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COMMUNITY FUND, LLC,

    Plaintiff,

    v.

FABIAN NEVAREZ,

    Defendant.

Case No. 16-cv-05081-WHO

**ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE**

Re: Dkt. No. 6

On September 8, 2016, Magistrate Judge Elizabeth D. Laporte issued a Report and Recommendation recommending that this unlawful detainer case be remanded to California State Court due to a lack of subject matter jurisdiction. Dkt. No. 6. Objections to Judge Laporte's recommendation were due by September 26, 2016. Fed. R. Civ. P. 72(b); Civil L.R. 72-3. As of today's date, no objections have been filed.

Having reviewed the matter, the Court ADOPTS Judge Laporte's Report and Recommendation in whole. For the reasons explained by Judge Laporte, this case is REMANDED to the Superior Court of California for the County of Contra Costa.

**IT IS SO ORDERED**.

Dated: September 27, 2016

_____
WILLIAM H. ORRICK
United States District Judge